IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                  Case No: 3:03cr106/RV
                                        3:04cv456/RV/MD

**MARISA HILARY DYSART**

_____

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 16, 2005. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    The motion to vacate, set aside, or correct sentence (doc. 34) is DENIED.

      DONE AND ORDERED this 19th day of July, 2005.

                                                                /s/ *Roger Vinson*
                                                             **ROGER VINSON**
                                                             **SENIOR UNITED STATES DISTRICT JUDGE**